# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

PETROLEUM & FRANCHISE
FUNDING, LLC

Case Number: 09-CV-353

v.

DARSHAN S. DHALIWAL and
DEBRA A. DHALIWAL

**Decision by Court.** This action came on for consideration before the Court and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that plaintiff's Motion for Summary Judgment (Docket #13) be and the same is hereby **GRANTED**; and that plaintiff, Petroleum & Franchise Funding LLC, have and recover from the defendants, Durham S. Dhaliwal and Debra A. Dhaliwal, jointly and severally, the sum of $5,707,529.10, together with interest, attorneys fees, and costs as taxed.

APPROVED:

_____
J.P. Stadtmueller
U.S. District Judge

JON W. SANFILIPPO
Clerk of Court

January 25, 2010                    s/Nancy A. Monzingo
Date                                By: Deputy Clerk